```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ALYSON A. BERG
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone:  (559) 497-4000
 5  Facsimile:  (559) 497-4099

 6  Attorneys for Defendant UNITED STATES OF AMERICA
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY, | 1:11-cv-00211 AWI/MJS |
| Plaintiff, | **STIPULATION TO CONTINUE DEFENDANT'S MOTION TO DISMISS ; ORDER** |
| v. | |
| KEVIN KEMP aka KEVIN E. KEMP aka K. KEMP aka KEVIN ELDRIDGE KEMP, | |
| Defendant. | |

The parties to this action, Plaintiff Nationwide Mutual Insurance Company, and Defendant United States of America, through their respective attorneys of record herein, hereby agree and stipulate to continue the United States' Motion to Dismiss currently set for March 14, 2011 at 1:30 p.m. to April 18, 2011 at 1:30 p.m. as specifically set forth below.

The parties base this stipulation on good cause as the parties are continuing their efforts to resolve this matter before a ruling on the motion.

For the reasons set forth herein, the parties therefore stipulate and agree to continue the hearing on Defendant's Motion to Dismiss as specified below.  The parties request the court endorse this stipulation by way of formal order.

///

///

| | Old Date | New Date |
|---|---|---|
| Hearing on Motion to Dismiss | **March 14, 2011** | **April 18, 2011** @1:30 p.m. |

Respectfully submitted,

Dated: February 25, 2011        BENJAMIN B. WAGNER
United States Attorney


By:    /s/Alyson A. Berg
ALYSON A. BERG
Assistant U.S. Attorney
Attorneys for Defendant
United States of America


Dated: February 25, 2011        LAW OFFICE OF JOHN B. McCARTHY, JR.


 /s/Jeffrey A. Korinko
Jeffrey A. Korinko
Attorneys for Plaintiff
Nationwide Mutual Insurance Company

**ORDER**

IT IS SO ORDERED.

Dated:   March 3, 2011

CHIEF UNITED STATES DISTRICT JUDGE