BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>KEVIN KEMP akd KEVIN E. KEMP aka K. KEMP aka KEVIN ELDRIDGE KEMP,<br><br>    Defendant. | 1:11-cv-00211 AWI/MJS<br><br>**STIPULATION TO VACATE DEFAULT AND DISMISS ACTION WITHOUT PREJUDICE; ORDER** |

The parties to this action, Plaintiff Nationwide Mutual Insurance Company, and Defendant United States of America, through their respective attorneys of record herein, hereby agree and stipulate to vacate the default judgment against Kevin Kemp entered in the action entitled *Nationwide Mutual Insurance Company v. Kemp, et al*, Fresno County Superior Court Case No. 10CLCL01328 on or about January 6, 2011, and to dismiss the current action without

///
///
///
///
///
///

1
STIPULATION TO VACATE DEFAULT AND DISMISS ACTION WITHOUT PREJUDICE; ORDER

1 prejudice to allow Plaintiff to exhaust its administrative remedies under the Federal Tort Claims
2 Act.

Respectfully submitted,

Dated: March 14, 2011

BENJAMIN B. WAGNER
United States Attorney


By: /s/Alyson A. Berg
ALYSON A. BERG
Assistant U.S. Attorney
Attorneys for Defendant
United States of America

Dated: February 21, 2011

LAW OFFICE OF JOHN B. McCARTHY, JR.


/s/Jeffrey A. Korinko
Jeffrey A. Korinko
Attorneys for Plaintiff
Nationwide Mutual Insurance Company

**ORDER**

IT IS SO ORDERED.

Dated:   March 14, 2011

CHIEF UNITED STATES DISTRICT JUDGE